AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Mary Dunivan | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:13-cv-00768-O |
| D A Humphries and Associates, LLC | )<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* D A Humphries and Associates, LLC
5456 Peachtree Ind. Blvd., Suite 531
Atlanta, Georgia
30341

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kevin Crick, Esq.
Consumer Rights Law Firm, PLLC
231 Sutton St., Suite 1A
North Andover, MA 01845

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 9/17/2013

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:13-cv-00768-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DK HUMPHRIES AND ASSC, c/o GA SEC OF STATE
was received by me on *(date)* 9-19-13 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* PATRICIA ROBINSON , who is designated by law to accept service of process on behalf of *(name of organization)* DK HUMPHRIES AND ASSC. c/o GA SEC OF STATE on *(date)* 10-9-13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-15-13

Server's signature

Earl Gayle - Process Server
Printed name and title
ATLANTA LEGAL SERVICES, INC.
3070 Presidential Drive
Suite 148
Atlanta, Georgia 30340

Server's address

Additional information regarding attempted service, etc: