# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

|  |  |
|---|---|
| MARY DUNIVAN<br>    Plaintiff,<br><br>v.<br><br>D A HUMPHRIES AND ASSOCIATES, LLC<br>    Defendant, | Civil Action No. 4:13-cv-00768-O |

## PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT D A HUMPHRIES AND ASSOCIATES, LLC

In accordance with Fed. R. Civ. P. 55(a), Plaintiff Mary Dunivan, by and through her attorney, requests that a Clerk's Entry of Default be entered against D A Humphries and Associates, LLC for failure to plead or otherwise defend.

## AFFIDAVIT

In support of Plaintiff's Request for Clerk's Entry of Default, Plaintiff states that:

1. The summons and complaint were served by personal service on October 7, 2013, and were signed for by Patricia Robinson who is employed and designated by law to accept service at the state of Georgia's Secretary of State, which is in care of Defendant D A Humphries & Associates, LLC (see "Exhibit A" of Plaintiff's Request for Clerk's Entry of Default as to Defendant D A Humphries and Associates, LLC).

1

2. The Defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12(a)(1)(A)(i).

3. The Defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date:  11/8/2013                                                      /s/Kevin Crick
                                                          Kevin Crick, Esq.
                                                          Attorney for Plaintiff
                                                          Consumer Rights Law Firm, PLLC
                                                          231 Sutton St., Suite 1A
                                                          North Andover, MA 01845
                                                          Telephone: (978) 420-4747
                                                          Facsimile: (978) 409-1846
                                                          kevinc@consumerlawfirmcenter.com

## CERTIFICATE OF SERVICE

  I, Kevin Crick, Esq., hereby certify that on November 8, 2013, I served copies of Plaintiff's Request for Clerk's Entry of Default as to Defendant D A Humphries and Associates, LLC on Defendant by way of U.S. Certified Mail.  Defendant has not filed a responsive pleading in regards to Plaintiff's filed complaint.

    D A Humphries and Associates, LLC
    5456 Peachtree Ind. Blvd., Suite 531
    Atlanta, Georgia 30341

  This 8th day of November, 2013.

                /s/ Kevin Crick, Esq.